MILLER v. SENECA RIVER POWER CO. et al. (Supreme Court, Appellate Division,

Fourth Department. May 10, 1904.) Action by John Charles Miller against the Seneca River Power Company and others.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted; this court certifying that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals.